■ JOSE S. ZAVALA, Respondent, v DAWN ANN SHEVLIN, Appellant. [858 NYS2d 897]—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Nassau County (Woodard, J.), entered November 19, 2007, which denied her motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The defendant met her prima facie burden by showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.,* 98 NY2d 345 [2002]; *Gaddy v Eyler,* 79 NY2d 955, 956-957 [1992]). However, in opposition, the plaintiff raised a triable issue of fact. Fisher, J.P., Florio, Angiolillo, Dickerson and Belen, JJ., concur. [*See* 2007 NY Slip Op 33747(U).]